Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tracy M. Clements [SBN 184150] (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
TAGGED, INC., GREG TSENG
AND JOHANN SCHLEIER-SMITH

David Parisi [SBN 162248] (dparisi@parisihavens.com)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299

Attorneys for Plaintiffs
MIRIAM SLATER and SARA GOLDEN,
individually and on behalf of a class of
similarly situated individuals

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM SLATER and SARA GOLDEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAGGED, INC., a Delaware Corporation; GREG TSENG; JOHANN SCHLEIER-SMITH; and DOES 1 through 50,<br><br>Defendants. | Case No.:  3:09-cv-3697 EMC<br><br>**STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS TAGGED, INC., GREG TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT**  ; ORDER<br><br>**Complaint filed: Aug. 12, 2009** |

IT IS HEREBY STIPULATED by and between:

Plaintiffs Miriam Slater and Sara Golden, individually and on behalf of a class of

---

STIPULATION EXTENDING THE TIME BY WHICH DEFS. TAGGED, INC., GREG TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT
CASE NO.: 3:09-cv-3697 EMC

1  similarly situated individuals ("Plaintiffs"), and defendants Tagged, Inc., Greg Tseng and
2  Johann Schleier-Smith, through their undersigned counsel, agree as follows:
3       1.    Plaintiffs filed their Complaint in this action against defendants Tagged, Inc.,
4  Greg Tseng and Johann Schleier-Smith and other defendants on August 12, 2009.
5       2.    Plaintiffs and defendants agree to extend the deadline by which defendants
6  Tagged, Inc., Greg Tseng and Johann Schleier-Smith must respond to Plaintiffs' Complaint in
7  this action from September 1, 2009, to and including September 21, 2009.
8       3.    This stipulation will not alter the date of any event or any deadline already fixed
9  by Court Order.
10      **IT IS SO STIPULATED.**
11  Dated:  August 25, 2009            KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

13                                    By:   _/s/_____
14                                          TRACY M. CLEMENTS
                                            Attorneys for Defendants
15                                          Tagged, Inc., Greg Tseng and Johann Schleier-
                                            Smith

17  Dated:  August 25, 2009            PARISI & HAVENS LLP

20                                    By:   _/s/_____
                                            DAVID PARISI
                                            Attorneys for Plaintiffs
21                                          Miriam Slater and Sara Golden, individually and on
22                                          behalf of a class of similarly situated individuals

24  IT IS SO ORDERED.

26  _____
27  Edward M. Chen
    U.S. Magistrate Judge
28

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING THE TIME BY WHICH DEFS. TAGGED, INC., GREG TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT
CASE NO.: 3:09-cv-3697 EMC