Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tracy M. Clements [SBN 184150] (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
TAGGED, INC., GREG TSENG
AND JOHANN SCHLEIER-SMITH

David Parisi [SBN 162248] (dparisi@parisihavens.com)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299

Attorneys for Plaintiffs
MIRIAM SLATER and SARA GOLDEN,
individually and on behalf of a class of
similarly situated individuals

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM SLATER and SARA GOLDEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAGGED, INC., a Delaware Corporation; GREG TSENG; JOHANN SCHLEIER-SMITH; and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:09-cv-3697 EMC<br><br>**STIPULATION EXTENDING THE TIME BY WHICH DEFENDANTS TAGGED, INC., GREG TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT** ; ORDER<br><br>**Complaint filed: Aug. 12, 2009** |

IT IS HEREBY STIPULATED by and between:

Plaintiffs Miriam Slater and Sara Golden, individually and on behalf of a class of

---

STIPULATION EXTENDING THE TIME BY WHICH DEFS. TAGGED, INC., GREG
TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT
CASE NO.: 3:09-cv-3697 EMC

similarly situated individuals ("Plaintiffs"), and defendants Tagged, Inc., Greg Tseng and Johann Schleier-Smith, through their undersigned counsel, agree as follows:

1. Plaintiffs filed their Complaint in this action against defendants Tagged, Inc., Greg Tseng and Johann Schleier-Smith and other defendants on August 12, 2009.

2. Based on defendants' having represented to plaintiffs that they intend to file an answer in this matter, having provided certain documents for plaintiffs' inspection, and the parties' having scheduled a case management meet-and-confer for October 20, plaintiffs concur with defendants' request in agreeing with defendants to extend the deadline by which defendants Tagged, Inc., Greg Tseng and Johann Schleier-Smith must respond to Plaintiffs' Complaint in this action from September 21, 2009, to and including October 21, 2009.

3. This stipulation will not alter the date of any event or any deadline already fixed by Court Order.

**IT IS SO STIPULATED.**

Dated: October 16, 2009    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:   _/s/_____
TRACY M. CLEMENTS
Attorneys for Defendants
Tagged, Inc., Greg Tseng and Johann Schleier-Smith

Dated: October 16, 2009    PARISI & HAVENS LLP

By:   _/s/_____
DAVID PARISI
Attorneys for Plaintiffs
Miriam Slater and Sara Golden, individually and on behalf of a class of similarly situated individuals

IT IS SO ORDERED:

_____
EDWARD M.
U.S. Magistrate

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION EXTENDING THE TIME BY WHICH DEFS. TAGGED, INC., GREG TSENG AND JOHANN SCHLEIER-SMITH MUST RESPOND TO THE COMPLAINT
CASE NO.: 3:09-cv-3697 EMC