

November 12, 2009

Hon. Edward M. Chen
Courtroom C, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Slater, et al. v. Tagged, Inc., et al.*
             U.S.D.C., North Dist., Case No. C09-3697 EMC

Dear Judge Chen:

    A Case Management Conference is scheduled in this action on November 18, 2009 at 1:30 p.m. I will be appearing locally on behalf of defendants. Request is hereby made that *pro hac vice* counsel for defendants, Holly Schrader, be permitted to appear telephonically at the Case Management Conference.

    Ms. Schrader may be reached at (212) 468-4806 on the date of the case management conference.

                                        Respectfully submitted,

                                        Tracy M. Clements

TMC/tmm
cc:    All Counsel

IT IS SO ORDERED. Court will initiate call

_____
Edward M. Chen
U.S. Magistrate Judge



114 Sansome Street, 4th Floor • San Francisco, CA 94104-3898 • 415.249.8330 • F 415.249.8333 • www.kksrr.com