Christopher T. Holland [SBN 164053] (cholland@kksrr.com)
Tracy M. Clements [SBN 184150] (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Ina B. Scher (admitted *pro hac vice*) (ischer@dglaw.com )
Holly Schrader (admitted *pro hac vice*) (hschrader@dglaw.com )
DAVIS & GILBERT LLP
1740 Broadway
New York, NY  10019
Telephone: (212) 468-4800
Facsimile:  (212) 468-4888

Attorneys for Defendants
TAGGED, INC., GREG TSENG
AND JOHANN SCHLEIER-SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM SLATER and SARA GOLDEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAGGED, INC., a Delaware Corporation; GREG TSENG; JOHANN SCHLEIER-SMITH; and DOES 1 through 50,<br><br>Defendants. | Case No.:  3:09-cv-3697 EMC<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Complaint filed: Aug. 12, 2009** |

Pursuant to Civil Local Rule 7-12, plaintiffs Miriam Slater and Sara Golden, individually and on behalf of a class of similarly situated individuals ("Plaintiffs"), and defendants Tagged, Inc., Greg Tseng and Johann Schleier-Smith ("Defendants"), by and

1 | through their undersigned counsel, stipulate as follows and respectfully request that the Court
2 | enter the following Proposed Order:

3 |     WHEREAS a Case Management Conference is presently scheduled for January 20,
4 | 2010;

5 |     WHEREAS the parties have jointly requested that the Case Management Conference be
6 | continued and the Clerk of the Court has directed the parties to file a stipulation to that effect;

7 |     WHEREAS both parties are available for a Case Management Conference on February
8 | 3, 2010 at 2:30 p.m.;

9 |     Accordingly, IT IS HEREBY STIPULATED AND AGREED THAT, subject to
10 | approval of the Court, the Case Management Conference presently scheduled for January 20,
11 | 2010 shall be CONTINUED to February 3, 2010 at 2:30 p.m.

**IT IS SO STIPULATED.**

Dated: January 14, 2010        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                              By:   /s/_____
                                   TRACY M. CLEMENTS
                                   Attorneys for Defendants
                                   Tagged, Inc., Greg Tseng and Johann Schleier-Smith

Dated: January 14, 2010        KAMBERLAW, LLC

                              By:   /s/_____
                                   SCOTT A. KAMBER
                                   Attorneys for Plaintiffs
                                   Miriam Slater and Sara Golden, individually and on behalf of a class of similarly situated individuals

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**   The further CMC is set for 2/3/10 at 2:30 p.m. and an updated joint cmc statement is due 1/27/10.

Dated: _____1/19_____, 2010

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO.: 3:09-cv-3697 EMC