UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM SLATER, *et al.*, | No. C-09-3697 EMC |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL EVIDENCE** |
| TAGGED, INC., *et al.*, | **(Docket No. 44)** |
| Defendants. _____/ | |

Plaintiffs have filed a motion for attorney's fees and expenses, which is set for hearing on April 21, 2010. Having reviewed Plaintiffs' opening brief, the Court hereby orders that Plaintiffs provide supplemental evidence in support of their motion. More specifically, the Court orders that Plaintiffs provide:

(1) The billing records for the attorneys and/or legal assistants who worked on the instant case. The Court notes that, based on the Kamber declaration, it appears that there were at least six different timekeepers from three different law firms. The billing records may be redacted to protect any attorney-client or work product privilege.

(2) Declarations from each of the three law firms who worked on the instant case, supporting the claimed hourly rates requested. The Court acknowledges that Mr. Kamber has provided a declaration attached to which is a resume for the Kamber law firm; however, that resume

///

///

///

1 does not reflect the years of experience of Mr. Stampley. The other two law firms have not
2 submitted any declarations.

3     The supplemental evidence shall be filed and served by March 31, 2010.

5     IT IS SO ORDERED.

7 Dated: March 18, 2010

                                             EDWARD M. CHEN
                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California