

**KRIEG
KELLER
SLOAN
REILLEY
& ROMAN**
LLP · ATTORNEYS

April 16, 2010

Hon. Edward M. Chen
Courtroom C, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Slater, et al. v. Tagged, Inc., et al.*
        U.S.D.C., North Dist., Case No. C09-3697 EMC

Dear Judge Chen:

    A hearing regarding settlement and plaintiffs' motion for attorneys' fees is scheduled in this action on April 21, 2010 at 10:30 a.m. If this hearing goes forward, request is hereby made that counsel for defendants, Holly Melton (nee Holly Schrader), who practices in New York but is admitted in this case *pro hac vice*, be permitted to appear telephonically.

    Ms. Melton may be reached at (212) 468-4806 on the date of the hearing.

        Respectfully submitted,

        Tracy M. Clements

TMC
cc: All Counsel

IT IS SO ORDERED THAT local counsel shall appear in person. Court will call Ms. Melton between 10:30 and 11:30 a.m. on 4/21/10.

_____
Edward M. Chen
U.S. Magistrate Judge

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

555 Montgomery Street, 17th Floor • San Francisco, CA 94111 • 415.249.8330 • F 415.249.8333 • www.kksrr.com