# In the United States District Court
# for the Northern District of California
# Magistrate Judge Edward M. Chen

## CIVIL MINUTES

E-FILING

**Date:** April 21, 2010

**Case No:** C09-3697 EMC                    **Time:** 11:03-11:26

**Case Name:** Miriam Slater, et al. v. Tagged, et al.    **Reporter:** Kathy Wyatt
                                                                       (925) 212-5224

      **Attorneys:**   Scott Kamber for Plaintiff
                            Tracy Clements and Holly Melton for Defendants

      **Deputy Clerk:** Betty Lee


**PROCEEDINGS:**

- (1) HEARING RE SETTLEMENT (Docket #36)

-(2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC.  (Docket #44)


**ORDERED AFTER HEARING:**

Court took motions under submission.  Plaintiff to submit revised proposed orders to court.


**Order to be prepared by:**  [x ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:**

cc: EMC