IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM SLATER, *et al.*, | No. C09-3697 EMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| TAGGED, INC., *et al.*, | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the FINAL JUDGMENT AND ORDER AWARDING FEES filed April 22, 2010, Judgement is entered. The Clerk of the Court is directed to close the file in this case.

Dated: April 27, 2010                             Richard W. Wieking, Clerk

By: Betty Lee
Deputy Clerk